IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH KOPP and NORMA KOPP h/w <br><br> Plaintiffs, <br><br> -vs- <br><br> GEORGE VAUGHN and STEVENS TRANSPORT, INC. <br><br> Defendants | Civil Action No.15-cv-00672 <br><br><br> JURY TRIAL DEMANDED |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The above matter having been amicably resolved between the parties, it is hereby stipulated and agreed that the case is dismissed with prejudice and without costs as to all parties. This Stipulation may be filed without further notice to the Clerk of the Court.

FERRY, JOSEPH, P.A.

By: _____
Jason C. Powell, Esquire  3768
824 N. Market Street
Wilmington, DE 19899
Attorney for Plaintiffs

Dated: 3/23/2016

RAWLE & HENDERSON, LLP

By: _____
Delia A. Clark (ID 3337)
Attorneys for Defendant,
George Vaughn and Stevens Transport, Inc.
300 Delaware Avenue
Suite 1105
Wilmington, DE 19801
Attorney for Defendants

Dated:

SO ORDERED:

_____

9172410-1