IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

KENNETH KOPP and NORMA KOPP
h/w                                    :
                                       :
            Plaintiffs,                : Civil Action No.15-cv-00672
                                       :
            -vs-                       :
                                       :
GEORGE VAUGHN and STEVENS              :         JURY TRIAL DEMANDED
TRANSPORT, INC.                        :
                                       :
            Defendants                 :
                                       :

## STIPULATION OF DISMISSAL WITH PREJUDICE

The above matter having been amicably resolved between the parties, it is hereby

stipulated and agreed that the case is dismissed with prejudice and without costs as to all parties.

This Stipulation may be filed without further notice to the Clerk of the Court.


FERRY, JOSEPH, P.A.                          RAWLE & HENDERSON, LLP

By: _____                 By: _____
    Jason C. Powell, Esquire  3768               Delia A. Clark (ID 3337)
    824 N. Market Street                         Attorneys for Defendant,
    Wilmington, DE 19899                         George Vaughn and Stevens Transport, Inc.
    Attorney for Plaintiffs                      300 Delaware Avenue
                                                 Suite 1105
                                                 Wilmington, DE 19801
Dated: 3/23/2016                                 Attorney for Defendants


                                             Dated: 4/12/16


                        SO ORDERED:

                        _____


9172410-1